IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                   CASE NO.: 4:07cr49-SPM

MICHAEL LILLIMAN,

     Defendant.
_____/

### ORDER GRANTING MOTION TO SEAL

For good cause shown, Defendant's unopposed Motion to Seal (doc. 31) is granted. The Clerk of Court shall seal the Sentencing Memorandum (doc. 30).

SO ORDERED this 16th day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge