IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:07cr49-SPM

MICHAEL T. LILLIMAN,

    Defendant.

_____/

## ORDER POSTPONING SURRENDER DATE

This cause comes before the Court on Defendant's Motion to Postpone Surrender Date (doc. 39). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 39) is granted.

2. Defendant shall self-surrender to the United States Marshal in Tallahassee, Florida, or the designated facility by 12 Noon on Thursday, February 28, 2008.

3. Pending surrender, Defendant remains subject to the conditions of release imposed by this Court and the conditions of his state community control.

DONE AND ORDERED this 20th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge